UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER JENKINS, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>ASTORIA FINANCIAL CORPORATION, RALPH F. PALLESCHI, MONTE N. REDMAN, JOHN R. CHRIN, JOHN J. CORRADO, ROBERT GIAMBRONE, GERARD C. KEEGAN, BRIAN M. LEENEY, PATRICIA M. NAZEMETZ, and STERLING BANCORP,<br><br>        Defendants. | Case No. 1:17-cv-2608-MKB-RML<br><br>**NOTICE OF**<br>**VOLUNTARY DISMISSAL** |

Notice is hereby given that pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses without prejudice the above-titled action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: July 6, 2017

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By: */s/ Nadeem Faruqi*
Nadeem Faruqi
James M. Wilson, Jr.
685 Third Avenue, 26th Fl.
New York, NY 10017
Phone: (212) 983-9330
Fax:   (212) 983-9331
Email: nfaruqi@faruqilaw.com
       jwilson@faruqilaw.com

*Counsel for Plaintiff*